IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE PAULETTE WEST, | No. 2:18-CV-0317-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CLAYBANK JAIL DENTAL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

DATED: August 3, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1